1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter of the Application of
Kent Oz ,

for Special Temporary Admission to the Bar of the United States District Court for the District of Puerto Rico as an Attorney for the United States Government pursuant to Local Civil Rule 83A(e)

Misc. No. _14_-_487_ (_ADC_)

## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the New York State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

## PERSONAL DATA

- Name:

| OZ | Kent | D | |
|---|---|---|---|
| (Last Name) | (First Name) | (MI) | (Suffix) |

- Puerto Rico/other State Bar ID Number: NY 4952263

- Agency Affiliation: Federal Deposit Insurance Corporation

- Mailing Address: 350 Fifth Avenue

City: NY    State: NY    Zip Code: 10118

Phone Number: (917) 320 2810    FAX Number: _____

- Email Address: koz@fdic.gov

## EDUCATION

Undergraduate School: USMMA    Year Graduated: 1985

Graduate School: Wharton    Year Graduated: 1995

Law School: Fordham University Law School    Year Graduated: 2010

## BAR ADMISSIONS INFORMATION

☐ Date Admitted to the Puerto Rico Bar: _____

☒ If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):

New York   2011   #4952263

☐ Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):

## CERTIFICATE OF DISCIPLINARY ACTIONS

☒ I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐ I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will submit an "Attorney Registration Form" to be registered to access the Court's Case Management/Electronic File system pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5. http://www.prd.uscourts.gov/CourtWeb/pdf/cmecf/PR_Registration_Form.pdf

11/24/14
Date

_____
Signature

## CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a representative of the United States or any of its officer or agencies in an official capacity.

Dated this 25th day of November, 2014.

_____
Signature

Name: Michael Saran

Title: Deputy Regional Counsel

Agency: Federal Deposit Insurance Corporation

Agency's Name and Address: 350 Fifth Avenue
New York, NY 10118

Telephone Number: (917) 794-2803